**IT IS ORDERED as set forth below:**



**Date: September 25, 2017**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>SUSAN DEBRA BURRIS,<br>　　　　Debtor. | CASE NO. 16-65980-jrs<br><br>CHAPTER: 13 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP SECURITIZATION TRUST SERIES 2015-1,<br>　　　　Movant,<br>v.<br>SUSAN DEBRA BURRIS, Debtor,<br>WILLIAM BURRIS , Co-Debtor,<br>NANCY J. WHALEY, Trustee,<br>　　　　Respondent(s). | JUDGE:  JAMES R. SACCA<br><br><br><br><br><br>CONTESTED MATTER |

ORDER GRANTING MOTION FOR RELIEF FROM STAY AND THE CO-DEBTOR STAY
(#39)

The above styled Motion was called for hearing on August 8, 2017, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest. There was no opposition to the Motion and Movant asserts that the parties were properly served. Accordingly;

IT IS HEREBY ORDERED that the 11 USC §362(a) automatic stay and §1301(c) co-debtor stay is modified for Movant herein, its successors and assigns, regarding the real property commonly known as 4921 October Way NW, Acworth, Georgia 30102.

FURTHER ORDERED that Movant, its successors and assigns, may assert its rights, including, but not limited to, the institution and completion of foreclosure proceedings, the collection of reasonable fees, and may assert all of its respective rights and remedies under applicable law, as to its collateral.

FURTHER ORDERED that the Trustee shall cease funding the balance of Movant's pre-petition arrearage claim and supplemental claim, if any.

FURTHER ORDERED that upon completion of any foreclosure sale, any funds which may be in excess of the amount due to Movant and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State law, shall be paid to the Trustee for the benefit of the Estate.

FURTHER ORDERED that the provisions of Bankruptcy Rule 4001(a)(3) are waived.

[END OF DOCUMENT]

PREPARED AND PRESENTED BY:

/s/ *Brian K. Jordan*
Brian K. Jordan, Bar No.: 113008
Attorney for Movant
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Toll-Free: (844) 470-8804
Fax: (888) 873-6147
Email: bjordan@aldridgepite.com

NO OPPOSITION:


/s/ Eric W. Roach_____ with express permission
Eric W. Roach, Bar No. 143194
Attorney for Trustee
303 Peachtree Center Avenue
Suite 120
Atlanta, GA 30303
Phone:  (678) 992-1201 and (678) 992-1201
Email: ecf@njwtrustee.com

DISTRIBUTION LIST

Susan Debra Burris
4921 October Way
Acworth, GA 30102

William Burris
4921 October Way
Acworth, GA 30102

Jeffrey B. Kelly
107 E. 5th Avenue
Rome, GA 30161

Nancy J. Whaley
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305